IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


DOROTHEA MOORE, O/B/O
J.L.S., a minor child                                                                    PLAINTIFF


v.                                        Case No. 6:07-cv-6055


MICHAEL J. ASTRUE,
Commissioner of Social Security                                             DEFENDANT


**MEMORANDUM OPINION**

BEFORE the Court is Defendants's Motion to Dismiss (Doc. No. 6).[1]   The Plaintiff has

responded and does not object.  (Doc. No. 8).  The parties have consented to the jurisdiction of a

magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering

the entry of a final judgment, and conducting all post-judgment proceedings.  (Doc. No. 4).  Pursuant

to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment

in this matter.  The Court having reviewed the pleadings finds as follows:

**1. Procedural Background**:

This is a Social Security case.  On September 9, 2005, Plaintiff filed the case *Dorothea Moore*

*o/b/o J.L.S. v. Barnhart*, Case No. 6:05-cv-6066, in The United States District Court Western District

of Arkansas, alleging Plaintiff was denied disability and supplemental security benefits by the

Commissioner.  *See  Dorothea Moore o/b/o J.L.S. v. Barnhart*, Case No. 6:05-cv-6066, (Doc No. 1).

 On May 15, 2006, the Honorable Beverly Stites Jones remanded Case No. 6:05-cv-6066 to the

---

[1]The docket numbers for this case are referenced by the designation "Doc. No."  The transcript pages for this
case are referenced by the designation "Tr."

-1-

Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).  *See Dorothea*

*Moore o/b/o J.L.S. v. Barnhart*, Case No. 6:05-cv-6066, (Doc No. 20).

On July 20, 2007, Plaintiff filed this action to review the final decision of the Commissioner

on remand alleging that the remand was pursuant to sentence four of 42 U.S.C. § 405(g), and she had

fully and completely exhausted her administrative remedies.  (Doc. No. 1).  The facts and issues in this

action are identical to the pending issues in Case  No. 6:05-cv-6066.

On August 23, 2007, the Appeals Council in Case No. 6:05-cv-6066, issued a decision

declining review after considering the new evidence.  (Doc No. 6-4).  According to Defendant, the

Commissioner is now assembling the complete administrative record to return Case No. 6:05-cv-6066

to the Court for judicial review of the Commissioner's final administrative decision as provided under

sentence six of 42 U.S.C. § 405(g).  (Doc. No. 7 Pg. 2).

**2.  Discussion:**

Plaintiff has indicated her filing of the complaint in this action was based upon the erroneous

belief that the remand of Case No. 6:05-cv-6066 was pursuant to sentence four of 42 U.S.C. § 405(g).

(Doc. No. 8).  The remand in Case No. 6:05-cv-6066 was pursuant sentence six of 42 U.S.C. § 405(g).

This complaint involves the identical issues of fact and law as Case No. 6:05-cv-6066, and as such, this

matter should be dismissed.  Further, Plaintiff does not oppose the granting of this motion and dismissal

of her complaint.

**IT  IS  THEREFORE  ORDERED** Defendant's Motion to Dismiss (Doc. No. 6) be

**GRANTED,** and Plaintiff's complaint is dismissed.

**DATED** this **23rd day of October, 2007.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE