IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DOROTHEA MOORE, O/B/O
J.L.S., a minor child                                                                                     PLAINTIFF

v.                                    Case No. 6:07-cv-6055

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                                 DEFENDANT

## ORDER

For reasons stated in a memorandum opinion of this date, I hereby dismiss Plaintiff's complaint.

**IT IS SO ORDERED AND ADJUDGED** this **23rd day of October 2007.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE